UNITED STATES DISTRICT COURT
Eastern District of Arkansas
Western Division

Arkansas, State of

                Plaintiff

VS.        CASE NUMBER: 4:12-cv-00496-JMM

Financial Ladder Inc., et al.

                Defendant

## CLERK'S DEFAULT

The defendant (s) :   Brenda Helfenstine
Antonio Helfenstine
1760 Sundance Drive
St. Cloud, FL 34771

was served on Aug. 2012, with a summons requiring an answer within 21 days from that date, and no answer or other responsive pleading has been filed.

Pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure, default is herein entered against the defendant (s):

Brenda Helfenstine
Antonio Helfenstine
1760 Sundance Drive
St. Cloud, FL 34771

James W. McCormack, Clerk

/s/ M. Zelhof

By Deputy Clerk