**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

STATE OF ARKANSAS *ex rel.*
DUSTIN MCDANIEL, ATTORNEY GENERAL                                PLAINTIFF

    v.        Case No: 4:12-cv-496

FINANCIAL LADDER, INC.;
BRENDA HELFENSTINE; AND
ANTONIO HELFENSTINE            DEFENDANTS

## DEFAULT JUDGMENT

The Clerk's Entry of Default was filed on December 4, 2013. Pursuant to Rule 55(b)(2), the Plaintiff's Motion for Relief and Default Judgment (Docket # 45) is GRANTED. Judgment is granted in favor of the Plaintiff and against the Individual Defendants, jointly and severally, in the amount of one hundred thousand dollars ($100,000) in civil penalties, three thousand three hundred ninety-five dollars and ninety cents ($3,395.90) in restitution, and four thousand five hundred dollars ($4,500) for the expenses of the Arkansas Attorney General's Office in bringing this action, for a total of one hundred seven thousand eight hundred ninety five dollars and ninety cents ($107,895.90), together with interest from this date until the date paid at the rate of .13% per annum.

IT IS SO ORDERED this 10th day of December, 2013.

                                                    _____
                                                  James M. Moody
                                                  United States District Judge