# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

STATE OF ARKANSAS *ex rel.*
DUSTIN MCDANIEL, ATTORNEY GENERAL                                    PLAINTIFF

v.                        Case No:  4:12-cv-496

FINANCIAL LADDER, INC.;
BRENDA HELFENSTINE; AND
ANTONIO HELFENSTINE                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Plaintiff against the Defendant Financial Ladder, Inc. Plaintiff shall recover one hundred thousand dollars ($100,000) in civil penalties, three thousand three hundred ninety-five dollars and ninety cents ($3,395.90) in restitution, and four thousand five hundred dollars ($4,500) for the expenses in bringing this action, for a total of one hundred seven thousand eight hundred ninety five dollars and ninety cents ($107,895.90) against the Defendant, jointly and severally with the two individual Defendants Brenda Helfenstine and Antonio Helfenstine, with interest from this date until the date paid at the rate of .10% per annum.  .

IT IS SO ORDERED this 5th day of June, 2014.

_____
James M. Moody Jr.
United States District Judge